# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00130-04 BSM |
| | ) | |
| SHANA LYNN DOBSON | ) | |

## ORDER

The government has filed a motion to revoke pretrial release (docket entry no. 60), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Thursday, November 8, 2012, at 10:00 a.m.

IT IS SO ORDERED this __6__ day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE